IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GARY DUANE ZIEHL,**

       **Plaintiff,**

**v.**                                          **No. CV 14-0432 KG/LAM**

**F.N.U. VELARDE, and**
**M. GONZALEZ,**

       **Defendants.**

**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [*Doc. 25*]**

**THIS MATTER** is before the Court on Plaintiff's *Motion for Order of Default Judgment (Doc. 25)*, filed June 29, 2015. Defendants filed a response to the motion on July 2, 2015. [*Doc. 26*]. In his motion, Plaintiff contends that Defendants failed to comply with the Court's Order dated May 6, 2015 [*Doc. 23*] for them to file an answer or other responsive pleading within twenty-one days of entry of that order. [*Doc. 25* at 1]. However, on May 22, 2015, Defendants filed an Answer to Plaintiff's Complaint, thereby complying with the Court's order. *See* [*Doc. 24*]. The Court further notes that Defendants' Answer was mailed to Plaintiff at his address of record. Therefore, the Court will deny Plaintiff's motion for default judgment.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Order of Default Judgment (Doc. 25)* is **DENIED**.

**IT IS SO ORDERED.**

                                                            _____
                                                            **LOURDES A. MARTÍNEZ**
                                                            **UNITED STATES MAGISTRATE**